SUCCESSION OF
NICOLAS.

---

## SUCCESSION OF NICOLAS.

A PPEAL from the Second District Court of New Orleans, *Canon, J.*
*Buisson* and *Barthe*, for the appellant. *Grandmont*, for Albuzzi. *Seghers*, pro se. *Lisbony*, on the same side.

The judgment of the court was pronounced by

KING, J. This appeal has been taken by *Salvatory* from the judgment of the District Court, rejecting his application for the curatorship of the vacant succession of *Jacques Nicolas*, deceased. We have stated the nature of his claim to the administration, in the opinion rendered on the appeal of *Albuzzi* in the same proceeding. For the reasons there assigned, the judgment of the District Court, rejecting the application of *Salvatory* to be appointed the curator of the vacant succession of *Jacques Nicolas*, is affirmed, with costs.